UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| D.H. PORTER ENTERPRISES, LLC, d/b/a Staffing Etc., | * |
| | * |
| *Plaintiff / Counter-Defendant*, | * |
| v. | * |
| | *   Case No.: 8:23-cv-02069 AAQ |
| MARCELLUS MCKINLEY, | * |
| *Defendant / Counter Plaintiff*. | * |

### ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM OR FOR MORE DEFINITE STATEMENT

Upon the foregoing Motion to Dismiss or for More Definite Statement filed by Plaintiff, D.H. Porter Enterprises, LLC, d/b/a Staffing Etc. against Defendant, Marcellus McKinley ("D.H. Porter"), and a review of the court file, it is on the date next to the court's signature below hereby:

ORDERED that the Motion to Dismiss is GRANTED with leave to amend;

[Alternatively] ORDERED that the Motion for More Definite Statement is GRANTED and Defendant shall file an amended counterclaim within fourteen (14) days from the date of this Order.

Date: _____, 2023          _____
                                     Ajmel A. Quereshi, Magistrate Judge
                                     United States District Court for Maryland